# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 10, 2025

## NO. 03-24-00033-CR

**The State of Texas, Appellant**

**v.**

**Manuel Gutierrez Torres, Appellee**

---

**APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY**
**BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS**
**AFFIRMED -- OPINION BY JUSTICE ELLIS**

---

This is an appeal from the order entered by the trial court on December 15, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 10, 2025

## NO. 03-24-00034-CR

**The State of Texas, Appellant**

**v.**

**Manuel Gutierrez Torres, Appellee**

---

**APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY**
**BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS**
**AFFIRMED -- OPINION BY JUSTICE ELLIS**

---

This is an appeal from the order entered by the trial court on December 15, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.